```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CESAR MATEO,

                 Plaintiff,

-against-

BRIAN FISCHER, et al.,

                 Defendants.
-------------------------------------------------------------X

08 Civ. 07779 (RJH) (DF)
08 Civ. 08797 (RJH) (DF)
08 Civ. 10450 (RJH) (DF)
08 Civ. 11093 (RJH) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that the telephone conference scheduled for June 16, 2009, is hereby rescheduled to June 23, 2009, at 10:00 a.m. The office of the Attorney General shall make arrangements for Plaintiff to participate in a telephone conference call with the Court, at that time, with respect to all of the above-captioned cases, and shall initiate that call to my chambers.

Dated: New York, New York
          June 10, 2009

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

6-10-09
Chambers of Magistrate Judge Freeman

Copies to:

Mr. Cesar Mateo
(#01-A-4789)
Upstate Correctional Facility
P.O. Box 2000
Malone, NY 12953

Frederick H. Wen, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271

Wesley Bauman, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271